# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIO CHRISTIAN,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-5702** |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 24th day of January, 2022, Plaintiff Julio Christian having submitted a Complaint to this Court without either paying the fees to commence this civil action or filing a motion to proceed *in forma pauperis*, it is **ORDERED** that:

1. If Christian seeks to continue with this case, Christian must remit $402 to the Clerk of Court within thirty (30) days of the date of this Order.

2. If Christian fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON, J.**