# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIO CHRISTIAN,**   Plaintiff, | : : : |
| v. | : **CIVIL ACTION NO. 21-5702** : |
| **CITY OF PHILADELPHIA,** *et al.*,   Defendants. | : : |

## ORDER

AND NOW, this 28th day of March, 2022, upon consideration of Julio Christian's *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Christian's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons stated in the Court's Memorandum.

2. Christian's Motion for Judgment (ECF No. 9) and Motion for Leave to Amend Complaint (ECF No. 10) are **DENIED**.

3. The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON, J.**